Thomas E. L. Dewey (TD-6243)
Keara A. Bergin (KB-0831)
Ariel P. Cannon (AC-5082)
Chi-Ru Jou (CJ-0429)
DEWEY PEGNO & KRAMARSKY LLP
220 East 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiff Martin Levion*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN LEVION,

            Plaintiff,

- against -

SOCIETE GENERALE,

            Defendant.

No. 09 Civ. 5800 (RJS)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Keara A. Bergin, duly admitted to practice in this Court, hereby appears as counsel for plaintiff Martin Levion.

Dated: New York, New York
      April 27, 2010

                      DEWEY PEGNO & KRAMARSKY LLP

                      By: _____
                           Thomas E.L. Dewey (TD-6243)
                           Keara A. Bergin (KB-0831)
                           Ariel P. Cannon (AC-5082)
                           Chi-Ru Jou (CJ-0429)
                      220 East 42nd Street
                      New York, New York 10017
                      (212) 943-9000
                      *Attorneys for Plaintiff Martin Levion*